THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv283

| | | |
|---|---|---|
| BORGWARNER INC. and<br>BORGWARNER TURBO SYSTEMS<br>INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>)<br>) | |
| vs. | )<br>) | **O R D E R** |
| CUMMINS, INC. and CUMMINS<br>TURBO TECHNOLOGIES LIMITED, | )<br>)<br>) | |
| Defendants. | )<br>) | |

**THIS MATTER** is before the Court on the Defendants' motions for the admission of attorneys Paul B. Hunt and Michael R. Brunelle as counsel *pro hac vice*. [Docs. 10, 11].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendants' motions [Docs. 10, 11] are **ALLOWED**, and Paul B. Hunt and Michael R. Brunelle are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 17, 2012

Martin Reidinger
United States District Judge