THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv283

| | |
|---|---|
| BORGWARNER INC. and BORGWARNER TURBO SYSTEMS INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) **O R D E R** ) ) |
| CUMMINS, INC. and CUMMINS TURBO TECHNOLOGIES LIMITED, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the Plaintiffs' motions for the admission of attorneys from the law firm of Fish & Richardson, P.C. as counsel *pro hac vice*. [Docs. 16-20].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motions [Docs. 16-20] are **ALLOWED**, and attorneys David M. Barkan, Corrin N. Drakulich, Joshua A. Griswold, Leeron G. Kalay, and Ralph A. Phillips are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: May 21, 2012

Martin Reidinger
United States District Judge