THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv283

| | |
|---|---|
| BORGWARNER INC. and BORGWARNER TURBO SYSTEMS INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CUMMINS, INC. and CUMMINS TURBO TECHNOLOGIES LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) |

**THIS MATTER** is before the Court on the Plaintiffs' motion for the admission of attorney Joanna M. Fuller as counsel *pro hac vice*. [Doc. 24].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion [Doc. 24] is **ALLOWED**, and attorney Joanna M. Fuller is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: June 26, 2012

Martin Reidinger
United States District Judge