**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:11cv283**

| | | |
|---|---|---|
| **BORGWARNER INC. and** | ) | |
| **BORGWARNER TURBO SYSTEMS** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **CUMMINS, INC. and CUMMINS** | ) | |
| **TURBO TECHNOLOGIES LIMITED,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to stay all deadlines in this matter for a period of 45 days. [Doc. 26].

Local Rule 7.1(C) requires that all motions be accompanied by a brief, except that no brief is required in support of motions for extension of time, continuances, admission *pro hac vice*, or early discovery. LCvR 7.1(C). Here, the parties have failed to file a brief in support of their motion, as required by the Local Rules. Further, the parties have failed to explain to the Court how a stay of these proceedings would facilitate their settlement discussions. For these reasons, the parties' motion is denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Stay [Doc. 26] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 2, 2012

Martin Reidinger
United States District Judge